UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BYRON THOMAS,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>LVNV FUNDING, LLC and SOLOMON AND SOLOMON, P.C.,<br><br>　　　　　　Defendants. | CIVIL ACTION NO. 4:17-CV-40086-TSH |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that Plaintiff, Byron Thomas, and Defendant, Solomon and Solomon, P.C. in the above-referenced case have reached a settlement. These parties anticipate that a stipulation of dismissal with prejudice pursuant to Fed. R. Civ. 41(a) will be filed within the next 30 days. Accordingly, Plaintiff Thomas respectfully request this court issue a 30-day nisi order with respect to these parties.

Plaintiff,
Byron Thomas
By his attorney,

　/s/ Christopher Brine　　　　　
Christopher M. Brine, BBO# 679289
Brine Consumer Law
100 Grove Street, Suite 210
Worcester, MA 01605
508-556-1899
508-556-9951 (facsimile)

Dated:　　October 27, 2017　　　　　

**CERTIFICATE OF SERVICE**

I, Christopher M. Brine, certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

　　　　　　　　　　　　　　　　　/s/ Christopher M. Brine　　　　　
　　　　　　　　　　　　　　　　　Christopher M. Brine