UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BYRON THOMAS,<br><br>　　　Plaintiff,<br>v.<br><br>LVNV FUNDING, LLC and SOLOMON AND SOLOMON, P.C.,<br><br>　　　Defendants. | C.A. No. 4:17-cv-40086-TSH |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) the parties herein stipulate that this matter be dismissed with prejudice, and without costs. All rights of appeal are waived.

Respectfully submitted,

| Plaintiff, | Defendants, |
|---|---|
| Byron Thomas, | LVNV Funding, LLC |
| By counsel, | By counsel, |
| | |
| /s/ Christopher M. Brine | /s/ Andrew M. Schneiderman |
| Christopher M. Brine (BBO 679289) | Andrew M. Schneiderman (BBO 666252) |
| Brine Consumer Law | HINSHAW & CULBERTSON LLP |
| 100 Grove Street, Suite 210 | 28 State Street, 24th Floor |
| Worcester, MA 01605 | Boston, MA 02109 |
| P – (508) 556-1899 | (617) 213-7000 |
| F – (508) 556-9951 | (617) 213-7001 |
| | |
| | SOLOMON AND SOLOMON, P.C. |
| | Pro se Defendant, |
| | |
| | /s/ Julie B. Solomon |
| | Julie B. Solomon |
| | Five Columbia Circle |
| | Box 15019 |
| | Albany, NY 12212-5019 |
| | Telephone: (518) 456-7200 |

## CERTIFICATE OF SERVICE

I, Christopher M. Brine, certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Christopher M. Brine
Christopher M. Brine (BBO 679289)
